UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CEE JUSTICE RANSONE-BEY,<br><br>                                Plaintiff,<br><br>     v.<br><br>BRIAN ROSE, et al.,<br><br>                               Defendants. | CASE NO. C16-1569-JLR<br><br>REPORT AND RECOMMENDATION |

        Plaintiff submitted a proposed complaint and an application to proceed *in forma pauperis* (IFP) in this civil matter. (Dkt. 1.) However, plaintiff did not answer any questions on the IFP form, and did not provide any information required by the Court to determine eligibility for IFP status. By Minute Order dated October 18, 2016, the Court granted plaintiff twenty days to submit a completed IFP application. (Dkt. 3.) The Court noted that failure to comply may result in denial of the IFP application and/or dismissal of this matter.

        On November 10, 2016, plaintiff submitted a document entitled "Affidavit of Fact/Writ of Error." (Dkt. 4.) As with the deficient IFP application, this document does not provide any information required by the Court to determine IFP eligibility. Plaintiff has not, therefore,

REPORT AND RECOMMENDATION
PAGE - 1

submitted either an adequate response to the Court's Minute Order or a completed IFP application.

Accordingly, the Court recommends plaintiff's motion to proceed IFP (Dkt. 1) be DENIED. This action should proceed only if plaintiff pays the $400.00 filing fee within **thirty (30) days** after entry of the Court's Order adopting this Report and Recommendation. If no filing fee is paid within thirty days of the Court's Order, the Clerk should close the file.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit within **fourteen (14) days** of the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motions calendar for the third Friday after they are filed. Responses to objections may be filed within **fourteen (14)** days after service of objections. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **December 16, 2016**.

Dated this 29th day of November, 2016.

Mary Alice Theiler
United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE - 2